```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 16697
   JAMES K SHADLE
   LUCY SHADLE                             CHAPTER 13

                                           JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-3013    SSN XXX-XX-4378
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/27/05 and confirmed on 06/17/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 106864.22 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AURORA LOAN SERVICES | CURRENT MORTG | 61931.13 | .00 | 61931.13 |
| AURORA LOAN SERVICES | MORTGAGE ARRE | 3567.22 | .00 | 3567.22 |
| UNITED GUARANTY RESID IN | SECURED | 14391.00 | .00 | 14391.00 |
| UNITED GUARANTY RESID IN | MORTGAGE ARRE | 738.36 | .00 | 738.36 |
| AMERICAN HONDA FINANCE C | SECURED VEHIC | 4333.48 | 522.97 | 4333.48 |
| DELL FINANCIAL | SECURED | 350.00 | 27.66 | 350.00 |
| FIA CARD SERVICES | UNSECURED | 7784.92 | .00 | 2119.01 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 539.10 | .00 | 146.74 |
| SMC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12998.54 | .00 | 3538.13 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 6183.07 | .00 | 1683.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 371.96 | .00 | 101.25 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7970.72 | .00 | 2169.59 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1475.67 | .00 | 401.67 |
| WELLS FARCO CARD SERVICE | UNSECURED | 8270.10 | .00 | 2251.07 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL IN | UNSECURED | 1030.83 | .00 | 280.59 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 85311.19 | .00 | 46624.91 | .00 | 131936.10 |
| PRINCIPAL PAID | 85311.19 | .00 | 12691.05 | .00 | 98002.24 |

```
INTEREST PAID              550.63         .00          .00         .00       550.63
TOTAL PAID               85861.82         .00     12691.05         .00     98552.87
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    4547.13 .

Refunds to the Debtor totaled $    1064.22 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/12/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE